AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:21-mj-00447 |
| Logan James Barnhart | ) | |
| | ) | Charging District: District of Columbia |
| _Defendant_ | ) | Charging District's Case No. 1:21-cr-00035 |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: by Zoom before Magistrate Judge Robin M. Meriweather (Zoom link filed under Restricted Access) | Courtroom No.: by video |
|---|---|
| | Date and Time: August 25, 2021 at 1:00 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  August 17, 2021

/s/ Sally J. Berens

_Judge's signature_

Sally J. Berens, U.S. Magistrate Judge

_Printed name and title_