UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 1:21-mj-447

v.                                  Hon. Sally J. Berens

LOGAN JAMES BARNHART,

       Defendant.
_____/

**CLERK'S NOTICE OF CRIMINAL TRANSFER**

TO:  Court Personnel, District of Columbia District Court

RE:  Western District of Michigan Rule 5 Initial Appearance
       District of Columbia Case Number: 1:21-cr-00035

Please take notice of the above-mentioned transfer.  We are herewith transmitting to you the Western District of Michigan docket of proceedings associated with the above-entitled case.  The clerk will transmit the additional applicable documents via email.

If a passport was previously collected, it will be transmitted by the Western District of Michigan Probation and Pretrial Office to District of Columbia.  Please contact the Western District of Michigan Probation and Pretrial Office at (616) 456-2384 for further assistance.

For further assistance regarding the Rule 5 Initial Appearance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                              CLERK OF COURT

Dated:  August 17, 2021        By:    /s/ Jenny Norton
                                                 Deputy Clerk